# CASE ANNOUNCEMENTS

*May 24, 2013*

[Cite as *05/24/2013 Case Announcements*, 2013-Ohio-2115.]

## MOTION AND PROCEDURAL RULINGS

**2013-0288. State v. Jackson.**
Cuyahoga App. No. 98157. This cause came for further consideration upon the filing of appellant's motion to consider exhibit G- 10, it is ordered by the court that the motion is denied as moot.

# CASE ANNOUNCEMENTS

*May 28, 2013*

[Cite as *05/28/2013 Case Announcements*, 2013-Ohio-2137.]

## MEDIATION MATTERS

The following cases have been referred to mediation pursuant to S.Ct.Prac.R. 19.01(A):

**2013-0535. State ex rel. Wasserman v. Fremont.**
Sandusky App. No. S–10–031, 2013-Ohio-762.

**2013-0608. State ex rel. Parraz v. Indus. Comm.**
Franklin App. No. 11AP–806, 2013-Ohio-764.

**2013-0616. GC Acquisition Corp. v. Hamilton Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2010-Q-134.

**2013-0624. State ex rel. Penwell v. Indus. Comm.**
Franklin App. No. 11AP–936, 2013-Ohio-1244.

**2013-0633. State ex rel. Bell v. Madison Cty. Bd. of Commrs.**
Madison App. No. CA2010–04–010.

**2013-0724. State ex rel. Hart v. Indus. Comm.**
Franklin App. No. 12AP–77, 2013-Ohio-1155.